IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 8:12-cv-1424-T-17-TBM |
| | ) | |
| MARK W. LINDROS, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America, by and through its undersigned counsel, complains and alleges as follows:

1. This action is brought by the United States to reduce to judgment unpaid federal income taxes assessed against Defendant Mark W. Lindros.

2. This civil action is commenced pursuant to 26 U.S.C. § 7401 at the direction of the Attorney General of the United States and with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue properly lies in this district, where a substantial part of the events or omissions giving rise to the claim occurred and where the tax return at issue was filed. 28 U.S.C. §§ 1391(b) and 1396.



5.  On the dates and in the amounts listed below, a delegate of the Secretary of the Treasury assessed income taxes, interest and penalties against Mark W. Lindros for the 2000 tax year:

| ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE* |
|---|---|---|---|
| 10/01/2001 | $386,902.00 | TAX PER RETURN | |
| | $10,503.18 | FAILURE TO PAY TAX PENALTY | |
| | $12,85.67 | INTEREST | |
| 10/8/2001 | $500.89 | INTEREST | |
| 10/10/2005 | $76,113.66 | FAILURE TO PAY TAX PENALTY | |
| | | TOTAL | $429,894.28 |

* As of July 8, 2012, less payments, penalties and interest on penalties that were discharged in Mr. Lindros' bankruptcy described below.

6.  Notice of the assessment and demand for payments were made on Mark W. Lindros for the liability assessed in paragraph 5, above.

7.  This matter is timely pursuant to 26 U.S.C. §§ 6502 and 6503. Section 6502(a) of the Internal Revenue Code generally requires a proceeding in Court to collect an assessed tax to be filed within ten years of the assessment date. Section 6504(h) suspends the running of that ten-year period for the time period a taxpayer's bankruptcy petition prohibits collecting the assessed tax. Here, Lindros filed for bankruptcy in the United States Bankruptcy Court for the Middle District of Florida (Bankr. No. 8:04-bk-16558-MGW) on August 20, 2004 and obtained a discharge on November 29, 2004. The ten-year period to bring an action was tolled during that period because the automatic stay barred the IRS from collecting Lindros' unpaid income tax liability for 2000. In all, the limitations period to collect was suspended for 282 days (101 days, plus six months). When that time is added to the assessment date, the deadline to bring this action is extended from October 1, 2011 to July 8, 2012.

8. Mark W. Lindros has failed to pay fully the taxes and interest assessed against him. Fees, interest, and statutory additions provided for by law have accrued on the assessed amounts and will continue to accrue until the liabilities are paid in full. As a result, there remains due and owing from Mark W. Lindros to the United States, after application of credits and payments, the sum of $429,864.28[1] as of July 8, 2012, plus fees, interest, and all statutory additions thereafter as provided by law.

---

[1] The amount due does not include penalties which were discharged as a result of the bankruptcy proceeding described in paragraph 7, above.

WHEREFORE, the plaintiff, the United States of America prays that the Court:

A.  Enter judgment in favor of the United States and against Defendant Mark W. Lindros in the total amount of $429,864.28 as of July 8, 2012, plus fees, interest, and all statutory additions thereafter as provided by law for the unpaid income taxes, interest, and fees described above.

B.  Award the United States such further relief that the Court deems just and proper.

Dated: June 26, 2012                    Respectfully submitted,

                                              KATHRYN KENEALLY
                                              Assistant Attorney General

                                              By: _____
                                              Katherine Walsh
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 14198
                                              Ben Franklin Station
                                              Washington, DC 20044
                                              Telephone: (202) 353-7205
                                              Facsimile: (202) 514-9868
                                              Katherine.Walsh@usdoj.gov

Of counsel:

ROBERT E. O'NEILL
United States Attorney